435 A.2d 1325

Commonwealth v. Rowkosky, Appellant.

■ Submitted March 16, 1981. David G. Metinko, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before PRICE, BROSKY and MONTEMURO, JJ.

Judgment of sentence affirmed.